MICHAEL J. VARTAIN [SBN 92366]
KATHRYN J. BURKE [SBN 70324]
**VARTAIN LAW GROUP, P.C.**
601 Montgomery Street, Suite 780
San Francisco, CA 94111-2664
Telephone: [415] 391-1155
Facsimile:  [415] 391-1177

Attorneys for Defendant
NOTRE DAME DE NAMUR UNIVERSITY

IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

| | |
|---|---|
| JOHN S. MOORE, III, and LEE STRAWN, individually and on behalf of all others similarly situated,<br><br>   Plaintiffs,<br>v.<br><br>NOTRE DAME DE NAMUR UNIVERSITY, a California Non-Profit Public Benefit Corporation,<br><br>   Defendant. | Case No.:<br>State Case No.: 19-CIV-04765<br><br>**NOTICE OF REMOVAL TO FEDERAL COURT** |

**TO THE CLERK OF THE UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA (SAN FRANCISCO):**

PLEASE TAKE NOTICE that Defendant NOTRE DAME DE NAMUR UNIVERSITY (hereinafter, "the University"), pursuant to 28 U.S.C. § 1441, *et seq.*, files this Notice of Removal of Action to Federal Court, in order to remove Case No. 19-CIV-04765 from the California Superior Court in and for the City and County of San Mateo, to the United States District Court, Northern District of California (San Francisco), and states as follows:

1. On August 15, 2019, an action was commenced in the Superior Court of the State of California in and for the County of San Mateo, entitled, *John S. Moore, III, individually and on behalf of all others similarly situated, Plaintiff, v. Notre Dame de Namur University, a California Non-Profit Public Benefit Corporation, Defendant,* as case number 19-CIV-04765 (hereinafter, "Complaint").

2. A true and correct copy of the Summons, Class Action Complaint, Civil Cover Sheet, Certificate Re Complex Case Designation, and Notice of Assignment for All Purposes, Designation as Complex Case, Setting of Case Management Conference and Complex Fees Due, is attached hereto as **Exhibit A**.

3. On September 4, 2019, Plaintiffs First Amended Class Action Complaint was filed in the Superior Court of the State of California in and for the County of San Mateo, entitled, *John S. Moore, III, and Lee Strawn, individually and on behalf of all others similarly situated, Plaintiffs, v. Notre Dame de Namur University, a California Non-Profit Public Benefit Corporation, Defendant,* as case number 19-CIV-04765 (hereinafter, "FACAC").

4. A true and correct copy of the Amended Case Management Order #1 and FACAC are attached hereto as **Exhibit B**.

5. The FACAC alleges the existence of a Collective Bargaining Agreement (hereinafter, "CBA") between the University and Service Employees International Union, Local 1021, from July 1, 2017 to June 30, 2020. A true and correct copy of the CBA is attached hereto as **Exhibit C**.

\\\

6. The FACAC also alleges that prior to the CBA, Plaintiff Lee Strawn was a party to an individual employment agreement with the University. A true and correct copy of the individual employment agreement between the University and Plaintiff Lee Strawn is attached hereto as **Exhibit D**.

### **Federal Question Jurisdiction and Venue**

7. This Court has federal question jurisdiction over FACAC because one or more of the causes of action contained therein arise under the Labor Management Relations Act, 29 U.S.C. §141, *et seq*., in that adjudication thereof requires interpretation of provisions of the CBA and the Court has supplemental jurisdiction over all other causes of action of the FACAC.

8. In addition, the University is an institution of higher education, the operations of which affect commerce or are in commerce within the meaning of the Federal Arbitration Act. Among its operations affecting or in commerce are: 1) Annual revenues and the interstate sources of those revenues (i.e., federal funding that derives from or is guaranteed by the United States Treasury, and funding from tuition payments by out of state students; 2) interstate composition of the University's student body; 3) interstate academia programs; and 4) interstate travel by the University's faculty and staff employees. Plaintiff Lee Strawn and the University are parties to a written, mutually executed agreement for contractual arbitration, enforcement of which the University is entitled to seek pursuant to the Federal Arbitration Act, 9 U.S.C. § 1, *et seq*.

9. **Time and Notice**: This Notice of Removal is filed pursuant to 28 U.S.C. § 1446(b) in that the Notice has been filed within thirty (30) days of receipt by the University of the First Amended Complaint. The University will give notice to Plaintiff of the filing of this Notice and will file notice with the Clerk of the Superior Court of the County of San Mateo, California, pursuant to 28 U.S.C. § 1446(d).

\\\
\\\
\\\
\\\

10. **Venue**: Under 28 U.S.C. § 1441(a), venue is proper within the Northern District of California because this action was pending in the California Superior Court in and for the County of San Mateo at the time of its removal. As alleged, the events at issue took place in this district.

DATED:   September 23, 2019              **VARTAIN LAW GROUP, P.C.**


                                         BY:  /s/Michael J. Vartain, Esq.
                                              MICHAEL J. VARTAIN
                                              KATHRYN J. BURKE
                                              Attorneys for Defendant
                                              NOTRE DAME DE NAMUR UNIVERSITY